JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BYRON D. CARBAJAL,                 )   Case No.: EDCV 16-02076 JDE
                                   )
          Plaintiff,               )
                                   )   JUDGMENT
     v.                            )
                                   )
NANCY A. BERRYHILL, Acting         )
Commissioner of Social Security,   )
                                   )
          Defendant.               )
                                   )

     In accordance with the Memorandum Opinion and Order filed herewith,

     IT IS HEREBY ADJUDGED that that the decision of the Commissioner of

Social Security is affirmed and this matter is dismissed with prejudice.


DATED:    June 15, 2017

                                        _____
                                        JOHN D. EARLY
                                        United States Magistrate Judge

1